UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINTON JOHN CUCCIA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-348** |
| **TANGIPAHOA PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "B"(4)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** claims of Clinton John Cuccia brought pursuant to Title 42 U.S.C. § 1983 against the defendant, Tangipahoa Parish Sheriff's Office, and the State of Louisiana be **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e)(2), § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 2nd day of December, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE